■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KENNEY, Appellant. [639 NYS2d 940]

We reject the defendant's contention that the Supreme Court was statutorily required to conduct a competency hearing after the defendant was found fit to proceed pursuant to CPL 730.60 (2) *(see, People v Gensler,* 72 NY2d 239, *cert denied* 488 US 932). In addition, the Supeme Court did not err by failing to conduct a hearing *sua sponte (see, People v Gensler, supra).* There is no evidence in the record that the defendant lacked the capacity to understand the proceedings against him and to assist in his

own defense *(see,* CPL 730.10 [1]). Moreover, the defendant's plea of guilty was knowingly and voluntarily entered *(see, People v Harris,* 61 NY2d 9). Miller, J. P., Joy, Hart and Krausman, JJ., concur.